IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO.: 5:93cr5040/LAC
                                                     5:06cv7/LAC/MD
MELVIN MCPHERSON

_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 20, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 144) is summarily DISMISSED as successive.

DONE AND ORDERED this 10th day of February, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**