UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                         CASE NO.  5:93CR5040LAC

MELVIN MCPHERSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___December 4, 2008___
Motion/Pleadings:__MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by _DEFENDANT PRO SE_ on _10/31/08_ Doc.# _151_

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated       ____ Joint Pldg.
____ Unopposed        ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____                         s/Mary Maloy
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of April, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) As a career criminal the defendant is ineligible for a reduction in sentence. However, a life sentence was and would be today the mandatory sentence. Defendant was sentenced to 300 months, well below the guideline range and the mandatory life sentence, as a result of a 5K1.1 motion filed by the Government. Based upon the facts and circumstances of this case 300 months is still the appropriate sentence.*

                                        s/L.A. Collier
                                   **LACEY A. COLLIER**
                            ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.